No. 15,913.

PUEBLO, A MUNICIPAL CORPORATION ET AL. *v.* FLANDERS.

(195 P. [2d] 742)

Decided June 21, 1948.

PER CURIAM.

Judgment affirmed en banc without written opinion.

MR. JUSTICE JACKSON and MR. JUSTICE STONE, dissent.

Mr. CHARLES M. ROSE, for plaintiffs in error.

Mr. JOHN W. ELWELL, for defendant in error.